Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT  
for the  
WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT  
AT ROANOKE, VA  
FILED

AUG 30 2018

JULIA C. DUDLEY, CLERK  
BY: /s/ Deputy Clerk

UNITED STATES OF AMERICA

V.

Crim. No. 5:15CR00029-002

Carolyn J. Edlind

On March 28, 2017, the above named was placed on probation for a period of two years. She has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that Carolyn J. Edlind be discharged from probation.

Respectfully submitted,

_____  
Eric M. Taylor  
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 29th day of August, 20 18.

/s/ Michael F. Urbanski  
_____  
Michael F. Urbanski  
Chief U.S. District Judge